IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NIKITA MAYFIELD

        Plaintiff,

v.                                       Case No. 18-4036-HLT

TARGET CORPORATION,

        Defendant.

## **AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No.43) to amend the scheduling order filed on September 20, 2018 (ECF No. 13). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    All discovery shall be commenced or served in time to be completed by **April 5, 2019.**

    b.    The final pretrial conference is rescheduled from April 1, 2019, to **April 15, 2019, at 10:30 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, **Kansas City**, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **April 8, 2019**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to

1

the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

  c. In order to preserve the trial date earlier set by the court, the deadline for filing all other potentially dispositive motions shall remain **May 1, 2019.**

  d. The case shall remain set for jury trial on a trial calendar that will begin on **November 4, 2019,** in **Topeka**, Kansas**.** The trial setting may be changed only by order of the judge presiding over the trial.

  All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

  IT IS SO ORDERED.

  Dated January 31, 2019, at Kansas City, Kansas.

              s/ James P. O'Hara
             James P. O'Hara
             U.S. Magistrate Judge