IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NIKITA MAYFIELD,

        Plaintiff,

v.                                                       Case No. 18-4036-HLT

TARGET CORPORATION,

        Defendant.

## **SECOND AMENDED SCHEDULING ORDER**

Defendant has filed an unopposed motion for continuance of the pretrial conference (ECF No. 57), which would amend the scheduling order filed on January 31, 2019 (ECF No. 44). For good cause shown, the motion is granted and the scheduling order is amended as follows:

        a)     All discovery shall be commenced or served in time to be completed by **April 5, 2019.**

        b)     The final pretrial conference is rescheduled from April 15, 2019, to **April 22, 2019, at 10:30 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, **Kansas City**, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **April 12, 2019**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's

website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

    c.    In order to preserve the trial date earlier set by the court, the deadline for filing all other potentially dispositive motions shall remain **May 1, 2019.**

    d.    The case shall remain set for jury trial on a trial calendar that will begin on **November 4, 2019,** in **Topeka, Kansas.** The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated April 2, 2019, at Kansas City, Kansas.

                                            s/ James P. O'Hara  
                                            James P. O'Hara  
                                            U.S. Magistrate Judge